UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNATHAN E. EMILIEN,** **#1000043590** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-0123** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION "H" (4)** |

### ORDER AND REASONS

The plaintiff, Johnathan E. Emilien ("Emilien"), submitted a complaint pursuant to 42 U.S.C. § 1983 for which he seeks leave to proceed *in forma pauperis*. However, the plaintiff did not provide the Court with the inmate account certification required by law and which is necessary to properly consider his eligibility to proceed *in forma pauperis*. 28 U.S.C. § 1915(a)(2). Emilien was provided notice of this deficiency by the Clerk of Court on January 26, 2015.[1]

In his **Motion for Extension of Time (Rec. Doc. No. 4)**, Emilien advised the Court that he had been unable, despite several requests to prison officials, to obtain a certified statement of his account from officials at the Jefferson Parish Correctional Center. In accordance with the mandates of 28 U.S.C. § 1915(a)(2), prison authorities are <u>required</u> to assist in the certification process as the custodian of inmate funds. The Court therefore construes his motion as a request to compel prison officials to provide the necessary certification. Accordingly,

**IT IS ORDERED** that Emilien's **Motion for Extension of Time (Rec. Doc. No. 4)** is **GRANTED**, and the Court's ruling on plaintiff's pauper application is **DEFERRED** until the certification is received from prison officials pursuant to this Order.

---

[1] Rec. Doc. No. 3.

**IT IS FURTHER ORDERED** that, **on or before March 18, 2015**, Jefferson Parish Sheriff Newell Normand or his designee **SHALL** provide the Court with a certified copy of the trust fund account (or institutional equivalent) for the prisoner, **Johnathan E. Emilien, #1000043590**, which shall include the current balance on hand and a calculation of the prior 6-months average deposits and the prior 6-months average balance for Emilien's inmate account(s). The certification **shall** be **in writing** and mailed to **Clerk of Court, Pro Se Unit, 500 Poydras Street, Room C-151, New Orleans, Louisiana, 70130**. The Sheriff is instructed that failure to comply with this order may result in the institution of contempt proceedings.

New Orleans, Louisiana, this __24th__ day of February, 2015.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**

Pro Se Unit

**Jefferson Parish Sheriff Newell Normand**
**P.O. Box 327**
**Gretna, LA  70054**
**ATTN: INMATE BANKING**

**CLERK TO SEND COURTESY COPY TO:**

**Daniel Rault Martiny**
**Martiny & Associates**
**131 Airline Hwy., Suite 201**
**Metairie, LA  70001**
**danny@martinylaw.com**