UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNATHAN E. EMILIEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-0123** |
| **STATE OF LOUISIANA, PARISH OF JEFFERSON, SGT. B. LEE, SGT. T. BERRIAN, DEPUTY H. SILL, DEPUTY G. DONALD, DEPUTY CONLAY, JEAN LLOVET** | **SECTION "H"(4)** |

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Johnathan E. Emilien's claims pursuant to 42 U.S.C. § 1983 against the defendants, the State of Louisiana, Jefferson Parish, and Jean Llovet, are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, or for seeking relief against an immune defendants, in accordance with 28 U.S.C. § 1915(e) and § 1915A.

**IT IS FURTHER ORDERED** that Emilien's § 1983 claims against the defendant, Sergeant T. Berrian, for the use of excessive force on February 27, 2015, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted in accordance with 28 U.S.C. § 1915(e) and § 1915A.

**IT IS FURTHER ORDERED** that Emilien's § 1983 claims against the defendants, Sergeant T. Berrian, Deputy H. Sill, Deputy G. Donald, and Deputy Conlay, for the use of excessive force on December 9, 2014, and his § 1983 claims against the defendants, Sergeant B. Lee, for failure to protect him on December 9, 2014, are **STAYED** and **ADMINISTRATIVELY CLOSED**

for statistical purposes until such time as Emilien's state felony criminal charges of two counts of resisting an officer by use or threat of force or violence in Jefferson Case No. 15-001 have ended.

**IT IS FURTHER ORDERED** that the plaintiff, Johnathan E. Emilien, move to reopen the matter within thirty (30) days following resolution of Emilien's state felony criminal charges, including any direct appeal or immediate supervisory review, and include notification to the Court in writing whether Emilien was convicted or acquitted of the two counts of resisting an officer by use or threat of force or violence in Jefferson Case No. 15-001.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (Rec. Doc. No. 26) filed by defendant, Jean Llovet, is **DISMISSED WITHOUT PREJUDICE** as moot.

New Orleans, Louisiana, this 14th day of August, 2015.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**